TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00537-CV

Vickie Cross, et al., Appellants

v.

The Dow Chemical Co., et al., Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT

NO. 95-08624, HONORABLE JON N. WISSER, JUDGE PRESIDING 

PER CURIAM

 Because appellants have neither paid for nor made arrangements to pay for the
clerk's record, we will dismiss this appeal for want of prosecution. See Tex. R. App. P.
35.3(a)(2).

 The Clerk of this Court filed appellant's Notice of Appeal on July 26, 1999. By
letter dated September 9, 1999, the Clerk of this Court notified the district clerk's office of Travis
County that the clerk's record was overdue. Notice was received from the district clerk's office
on September 17, 1999, that the clerk's record had not been paid for, nor had arrangements for
payment been made.

 By letter dated November 22, 1999, appellants were requested to submit a status
report regarding this matter by December 2, 1999, and were cautioned that failure to respond
could result in dismissal of their appeal. Thus far, appellants have failed to respond to this
request.

 On December 9, 1999, appellees filed a Motion to Dismiss for Want of
Prosecution, contending that this Court should dismiss the appeal because appellants have failed
to pay or make arrangements to pay the clerk's fee for preparation of the record. We grant the
motion for the foregoing reasons and dismiss the appeal. See id. 37.3(b).

Before Justices Jones, Kidd and Patterson

Dismissed for Want of Prosecution on Appellees' Motion

Filed: December 23, 1999

Do Not Publish